UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATHAN SPIRA )<br>)<br>)<br>Plaintiff )<br>)<br>V )<br>)<br>CBC COMPANIES, INC. )<br>)<br>Defendant ) | CASE NUMBER: CV-06 1210<br>(Garaufis, J.)<br>(Gold, M.)<br><br><br><br><br><br>JULY 7, 2006 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on his complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFF
NATHAN SPIRA

By _____
Adam Fishbein (af-9508)
735 Central Avenue
Woodmere, NY 11598
Phone: 516-791-4400
Fax: 516-791-4411

THE DEFENDANT
CBC COMPANIES, INC.

By _____
Jonathan D. Elliot (ct05762)
Kleban & Samor, P.C.
2425 Post Road
Southport, CT 06890
Phone: 203-254-8969
Fax: 203-259-9617

So ordered.

7/21/06